**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **CHARLES CALVIN MOORE, #209229,** | : | |
| Plaintiff, | : | |
| vs. | : | **CIVIL ACTION 10-00029-KD-B** |
| **CMS FOUNTAIN HOSPITAL,** *et al.*, | : | |
| Defendants. | : | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated May 24, 2010 is hereby **ADOPTED** as the opinion of this Court.

It is **ORDERED** that Plaintiff pay the $350.00 statutory filing fee within thirty (30) days of this Order. If Plaintiff fails to pay the filing fee, this action will be **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g).

**DONE** and **ORDERED** this the **28th** day of **June 2010.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE**